23-359-ADC

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Special Agent Christine E. Parr, being first duly sworn, deposes and states as follows:

## I. INTRODUCTION

1. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(A) and 2703(c)(1)(A) to obtain information associated with the following DOTLOOP transaction information:

> Transaction ID: 40159300 (hereafter "TARGET TRANSACTION")
> Zillow Group Legal Requests
> 1301 2nd Ave, Seattle, WA 98101

The Target Transaction is more fully described in Attachment A and the information sought includes the content of the documentation and other information further described in Attachment B.

2. Because this affidavit is being submitted for the limited purpose of establishing probable cause for authorization to obtain information from the TARGET TRANSACTION, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals.

3. I am a duly sworn Special Agent with the Federal Bureau of Investigation since March 2010 and have participated in numerous criminal investigations involving corruption of

1

public officials and other unlawful activities. Prior to joining the FBI, I was a Special Agent with the United States Department of the Interior, Office of Inspector General, for approximately six years, where I also participated in and conducted criminal investigations involving violations of the laws of the United States, including the laws relating to public corruption. In the course of these investigations, I have examined the personal and business records of individuals, companies, and government agencies.

4. I have also participated in numerous searches and arrest warrants involving a variety of offenses. Your affiant is familiar with the facts and circumstances of this investigation. Your affiant has personally participated in the investigation of the offenses referred to below.

5. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that TARGET TRANSACTION, contains evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1014.

6. Specifically, there is probable cause to believe that TARGET TRANSACTION contains evidence that shows that Marilyn Mosby knowingly made false statements or reports for the purpose of influencing in any way the action of Cardinal Financial Company, LLP, a mortgage lending business as defined in 18 U.S.C. § 20, in connection with her loan application to purchase 1953 Nice Court, Kissimmee, FL 34747, in violation of Title 18 U.S.C. § 1014.

## II. JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. 2711 (3). See also, 18 U.S.C. 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a "district court of the United States…that – has jurisdiction over the offense being investigated." 18 U.S.C. 2711(3)(A)(i).

## III. PROBABLE CAUSE

8.  Marilyn J. Mosby ("Mosby") was State's Attorney for Baltimore City from on about January 8, 2015 through on or about January 2, 2023.

9.  A review of Mosby's tax filings, showed that on or about March 3, 2020, the IRS placed a lien on "all property and rights to property belonging to: Mosby in the amount of the unpaid taxes MOSBY owed the IRS as of that date which was in the amount of $45,022. The lien applied to MOSBY and her husband individually. On or about that same date, the IRS sent a "Notice of Lien Filing and Right to Collection Due Process Hearing" to MOSBY and her husband, individually, by certified mail, at their home address. On or about March 23, 2020, the IRS sent MOSBY and her husband, at their home address a notice, which reminds taxpayers that they owe tax, penalties, and interest. As of that date, MOSBY and her husband jointly owed the IRS an outstanding balance of $69,040. For the tax year 2019, MOSBY and her husband filed separate tax returns. On or about June 17, 2020, MOSBY submitted a 2019 U.S. Individual Income Tax Return on IRS Form 1040 on which she claimed that she was due a refund of $549. The refund was applied against taxes MOSBY and her husband owed the IRS.

10. A review of Mosby's loan documents for the purchase of 1953 Nice Court, Kissimmee, FL 34747, showed that on or about July 28, 2020, and again on or about September 2, 2020, at closing, MOSBY signed an application for a $490,500 mortgage from Cardinal Financial Company, LLP to purchase a home in Kissimmee, Florida. The application required MOSBY to disclose her liabilities. MOSBY did not disclose that she owed significant amounts of federal taxes. Further, in response to the question, "Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee," MOSBY indicated "no" despite the fact that she was delinquent in the payment of federal taxes resulting in the IRS filing a $45,022 lien against her on March 3, 2020. On or about January 13,

2022, the Grand Jury indicted MOSBY for, among other things, false statement on a loan application in violation of 18 U.S.C. § 1014 related to the false statements discussed above. *See United States v. Mosby*, LKG-22-7, ECF 1.

11.     Information obtained pursuant to Federal Grand Jury subpoenas has shown that Mosby utilized dotloop to sign her mortgage application documents, which was utilized through her email account: marilynmosby@hotmail.com. The associated transaction is described further in Attachment A.

12.     According to dotloop.com, "Dotloop is a real estate transaction management software that connects everyone and everything needed to close a deal." Also according to the website, dotloop was acquired by Zillow Group in 2015.

13.     On October 7, 2022, a Request for Preservation of Records was sent to Zillow Group Legal Requests at: legalrequests@zillowgroup.com. On October 11, 2022, a response from Zillow Group Legal Requests was received confirming the receipt of the request with internal reference: ZGL-600.

## IV.   CONCLUSION

14.     The foregoing facts establish probable cause to believe that Mosby knowingly made false statements or reports for the purpose of influencing in any way the action of Cardinal Financial Company, LLP, a mortgage lending business as defined in 18 U.S.C. § 20, in connection with her loan application. There is probable cause to believe that the information contained in the TARGET TRANSACTION will constitute evidence of the aforementioned criminal violation.

Respectfully submitted,

_____
Christine Parr
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __27th__ day of __January__, 2023.

_____
HON. A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND