**Attachment A**

dotloop verification certificate for:

## Community_Development_District_Addendum

Transaction ID: 40159300 - Document ID: 632991987 - Document Pages: 1 - Signatures: 1 - Verification Code: OfKK-7PQs-HcyM




*Marilyn J. Mosby*

dotloop verified
07/28/20 6:26 PM EDT
SNMH-NQQ9-GYXZ-1VPV

Marilyn J. Mosby
Date/Time: 07/28/20 6:26 PM EDT
ID: 22365589418
IP Address: 69.250.120.55
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

dotloop verification certificate for:

## CR-5x_B._Homeowners_Association_HOA_-_Community_Disclosure (1)

Transaction ID: 40159300 - Document ID: 633096896 - Document Pages: 2 - Signatures: 2 - Verification Code: uivz-YJii-GicH

VIEW DOCUMENT PRINT

*MJM*

07/28/20 6:28
PM EDT
dotloop verified

MJM
Date/Time: 07/28/20 6:28 PM EDT
ID: 22365615674
IP Address: 69.250.120.55
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

*Marilyn J. Mosby*

dotloop verified
07/28/20 6:28 PM EDT
J139-TEUF-PTDC-QMAU

Marilyn J. Mosby
Date/Time: 07/28/20 6:28 PM EDT
ID: 22365615686
IP Address: 69.250.120.55
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

dotloop verification certificate for:

# As Is Residential Contract for Sale and Purchase (FR ASIS-5)

Transaction ID: 40159300 - Document ID: 630441701 - Document Pages: 12 - Signatures: 13 - Verification Code: JyKp-KrFr-uICW

VIEW DOCUMENT PRINT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918619
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918620
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

07/27/20 5:44 PM EDT

MJM
Date/Time: 07/27/20 5:44 PM EDT





dotloop verified

ID: 22343918621
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918622
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918623
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918624
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918625
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT







07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918626
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918627
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918628
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT



07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918629
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

dotloop verified
07/27/20 5:44 PM EDT

Marilyn J. Mosby
Date/Time: 07/27/20 5:44 PM EDT

https://www.dotloop.com/my/verification/OkQ29NuXA6kch2EsPBJZsXJ8_QScyuofEaYjSlzv4eY02SK4jO7JwVQ-bNJCAq9CxkOMXSagVKtQmOycsDM942hop1MfVIP1_9MQN5bwI3Q="

1/12/22, 9:58 AM

dotloop - peoplework, not paperwork.

S2NK-JS3S-T9T7-AGNO

ID: 22343918631
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

07/27/20 5:44 PM EDT
dotloop verified

MJM
Date/Time: 07/27/20 5:44 PM EDT
ID: 22343918634
IP Address: 174.192.206.45
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT

dotloop verification certificate for:

## Addendum to Contract - BLANK (FAR ACSP-4)

Transaction ID: 40159300 - Document ID: 644117273 - Document Pages: 1 - Signatures: 1 - Verification Code: RTh0-cYo7-SFOt

VIEW DOCUMENT PRINT

dotloop verified
08/20/20 11:29 PM EDT
JYZN-UCJN-QURB-30ZT

Marilyn J. Mosby
Date/Time: 08/20/20 11:29 PM EDT
ID: 22780035491
IP Address: 174.192.196.100
Security Level: Email Verified
ESIGN Consumer Consent Disclosures: Accepted - VIEW AGREEMENT