**Attachment B**

Evidence of violations of 18 U.S.C. § 1014 committed by Marilyn Mosby from July 15, 2020 to September 4, 2020, including but not limited to:

Any and all documents and records pertaining to Transaction ID: 40159300, described further in Attachment A, that are related to the purchase of 1953 Nice Ct, Kissimmee and email address: Marilynmosby@hotmail.com.

10